UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FREEMAN, <br>       Plaintiff, <br> v. <br> CDCR DVI, <br>       Defendant. | Case No. 18-cv-05010-JD <br><br> **ORDER OF TRANSFER** <br> Re: Dkt. No. 3 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff seeks the return of his legal documents from prison officials at Deuel Vocational Institution ("DVI") in Tracy, CA which is located within the venue of the United States District Court for the Eastern District of California. Plaintiff is incarcerated at DVI. Because the allegations occurred in the Eastern District and defendant and plaintiff reside there, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motion to proceed in forma pauperis (Docket No. 3).

**IT IS SO ORDERED.**

Dated: September 4, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FREEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CDCR DVI,<br><br>    Defendant. | Case No. 18-cv-05010-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Freeman ID: BE1134
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378-0600

Dated: September 4, 2018

                                                Susan Y. Soong
                                              Clerk, United States District Court

                                              By: *Lisa R. Clark*
                                              LISA R. CLARK, Deputy Clerk to the
                                              Honorable JAMES DONATO